IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-291-BO

| | |
|---|---|
| RON BOSTIC,<br>　　　　　　Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., d/b/a<br>CHASE AUTO FINANCE, EQUIFAX<br>INFORMATION SERVICES, LLC, and<br>TRANS UNION, LLC,<br>　　　　　　Defendants. | ORDER |

This cause comes before the Court on a motion by defendant JP Morgan Chase Bank, N.A., d/b/a Chase Auto Finance to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The Court has considered the complaint in light of the applicable standard, *see Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Nemet Chevrolet, Ltd. v. Consumeraffairs.com, Inc.*, 591 F.3d 250, 256 (4th Cir. 2009), and determines that plausible claims for relief have been stated. The motion to dismiss [DE 31] is DENIED.

SO ORDERED, this 28 day of September 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE