IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:21-CV-291-BO-RN

| | | |
|---|---|---|
| RON BOSTIC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JP MORGAN CHASE BANK, N.A., d/b/a | ) | |
| CHASE AUTO FINANCE, EQUIFAX | ) | |
| INFORMATION SERVICES LLC, and | ) | |
| TRANS UNION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the court on the unopposed motion by defendant J. P. Morgan Chase Bank, N.A. d/b/a Chase Auto Finance ("defendant") to allow representative James E. Michael ("Mr. Michael") to appear telephonically/virtually at the settlement conference scheduled for April 24, 2024. [DE-76]. There being no opposition to the motion and good cause having been shown, the motion is ALLOWED.

Mr. Michael is excused from in-person attendance at the settlement conference. As detailed below, he shall appear via video for the settlement conference at 10:00 am on April 24, 2024. Following the court's opening of the settlement conference with all parties, Mr. Michael shall be permitted to attend the conference telephonically pursuant to further direction provided by the court on that day.

The court therefore ORDERS that defendant and Mr. Michael contact Travis Orr with the United States District Court (travis_orr@nced.uscourts.gov or (919-645-1719) no later than 4:00 pm on April 19, 2024, to provide him with contact information for the video conference. A test

run with the system will then be completed no later than 2:00 pm on April 23, 2024, to ensure there is no connection issues and to avoid any delay in this matter.

    SO ORDERED, this 17th day of April, 2024.

                                                                                                  Brian S. Meyers
                                                                                                  United States Magistrate Judge